IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv203

| | |
|---|---|
| CHERIE FUERTES SNEED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **J U D G M E N T** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

For the reasons stated in the Order of Remand entered simultaneously herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this matter is hereby **REMANDED** to the Commissioner of Social Security.

Signed: July 15, 2010

Martin Reidinger
United States District Judge