# United States District Court
# For The Western District of North Carolina
# Asheville Division

Cherie Fuertes Sneed,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

1:09cv203

Michael J. Astrue, Commissioner of Social Security,

    Defendant(s).

DECISION BY COURT. This action having come before the Court on the Plaintiff's Motion and Amended Motion for Attorney's Fees Under the Equal Access to Justice Act and the Social Security Act and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/22/10 Memorandum of Decision and Order.

Signed: December 22, 2010

_____

Frank G. Johns, Clerk
United States District Court